IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-03077-01-CR-S-MDH |
| ) | |
| JERRY D. THORNTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's pro se motion for compassionate release. (Doc. 42). Defendant pled guilty on March 9, 2020 to one count of conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846. On August 19, 2020, this Court sentenced Defendant to 105 months of imprisonment followed by five years of supervised release. Defendant's anticipated release date is November 25, 2025. Defendant moves this Court for release, arguing extraordinary circumstances exist because his mother needs assistance with caregiving following the death of Defendant's father in 2022. Defendant argues his mother's caregiving needs are elevated because of a colon cancer diagnosis.

The Government opposes Defendant's Motion. The government states that Defendant has not alleged facts that show extraordinary and compelling reasons to warrant a reduction and that Defendant remains a danger to the community. (Doc. 43).

After careful consideration of the record before the Court, including the arguments contained in the government's response, the Court hereby **DENIES** Defendant's motion. The Court finds that the Defendant has not established that his condition, including any caregiving

1

needs of Defendant's mother, is so extraordinary or compelling that he should be immediately released.

**IT IS SO ORDERED**.

DATED: October 3, 2023 　　　　　　　　*/s/ Douglas Harpool*
　　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**